In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00095-CV**
_____

**NISSAN MEXICANA, S.A. DE C.V., Appellant**

**V.**

**MELISSA SIAS, INDIVIDUALLY AND AS NEXT FRIEND OF TAYLOR J. CHARLES, AND TAYLOR J. CHARLES, Appellees**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-198,652**

**ORDER**

The appellant, Nissan Mexicana, S.A. de C.V., filed a motion to temporarily stay the trial court proceedings pending resolution of its accelerated appeal from an order denying a special appearance. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(7) (West Supp. 2018). The appellees filed a response in which they notified the Court that they do not oppose the stay requested by the appellant. When

1

an appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. It is, therefore, ORDERED that all further trial court proceedings in Cause Number B-198,652 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3.

ORDER ENTERED April 9, 2019.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.